UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

MELINDA MEHIGAN, et al.,

    Appellee-Plaintiffs,

v.

ASCENA RETAIL GROUP, Inc., et al.,

    Appellees-Defendants.

NO. 16-3518

MOTION OF APPELLANT-OBJECTOR STEPHEN CASSIDY FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42, I hereby move for voluntary dismissal of my appeal as an objector to the order of the District Court granting final approval to the class action settlement with each party to bear their own fees and costs.

Dated: November 13, 2016        Respectfully submitted,

By /s/ Stephen Cassidy
_____

Stephen Cassidy (in pro per)
778 Joaquin Avenue
San Leandro, CA 94577
stephenhcassidy@gmail.com
510-414-2145

-1-                                    COMPLAINT

## **CERTIFICATE OF SERVICE**

I certify that on November 16, 2016, true and correct copies of the foregoing were served on counsel by email:

Gregory Parks

Morgan, Lewis & Bockius LLP

1701 Market Street

Philadelphia, PA 19103

Kevin Raphael

Pietragallo, Gordon, Alfano, Bosick & Raspanti, LLP

1818 Market Street, Suite 3402

Philadelphia, PA 19103

Mansour Gavin LPA

1001 Lakeside Avenue, Suite 1400

Cleveland, Ohio 44114

/s/ Stephen Cassidy

Stephen Cassidy